UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>Plaintiff<br><br>v.<br><br>SERGEANT F. VILLALOBOS, ET AL,<br><br>Defendants. | Case No. 2:18-cv-2301-PA (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, including the Report and Recommendation of the assigned United States Magistrate Judge and Plaintiff's "Opposition" to the Report and Recommendation.[1] Further, the Court has engaged

---

[1] Although captioned "opposition to Magistrate Judge Gail J. Standish Report & Recommendation," Plaintiff does not identify any particular challenge or objection to the findings or conclusions of the Magistrate Judge. Rather, Plaintiff seeks to voluntarily dismiss his claims against Defendants Cordero, Archambo, and Ramsey for deliberate indifference and excessive force. [Dkt. 49 at 1.] Plaintiff further restates his intention to pursue his claims against Defendants Castro, Villalobos, B. Pabon and R. Pabon as addressed in the Report and Recommendation. [Dkt. 49 at 1-3.]

in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, **IT IS ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation is approved and accepted.

(2) Based on Plaintiff's request for voluntary dismissal, Defendants Cordero, Archambo, and Ramsey are dismissed pursuant to Federal Rule of Civil Procedure 41(a). Fed. R. Civ. P. 41(a)(1)(A)(i).

(3) This action now proceeds against:

    (a) Defendants Villalobos, Castro, B. Pabon, and R. Pabon on Plaintiff's excessive force claim; and

    (b) Defendants Villalobos, B. Pabon, and R. Pabon on Plaintiff's deliberate indifference claim;

(4) all remaining claims and Defendants are DISMISSED from this action.

DATE: May 21, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE