UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>  Plaintiff<br><br>  v.<br><br>SERGEANT F. VILLALOBOS, ET AL,<br><br>  Defendants. | Case No. 2:18-cv-2301-PA (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, including the Report and Recommendation of the assigned United States Magistrate Judge. The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

Accordingly, **IT IS ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation is approved and accepted.

(2) Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status is DENIED; and

(3) Defendants' Motion for an Order Requiring Plaintiff to Post a Security is DENIED.

DATE: March 20, 2020      _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE