JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, <br> Plaintiff <br> v. <br> SERGEANT F. VILLALOBOS, et al., <br> Defendants. | Case No. 2:18-cv-2301-PA (GJS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: February 1, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE